CLEAR FORM

## UNITED STATES DISTRICT AND BANKRUPTCY COURTS
### FOR THE DISTRICT OF COLUMBIA

Ronald Moss

PLAINTIFF

4405 County Road 52

Address (No Post Office Boxes)

| Notasulga | AL | 36866 |
|---|---|---|
| City | State | Zip Code |

VS.

John Bariscillo/Hilton Garden Inn

DEFENDANT

1225 1st ST NE

Address (No Post Office Boxes)

| Washington | DC | 20002 |
|---|---|---|
| City | State | Zip Code |

Case: 1:23-cv-01586 **JURY DEMAND**
Assigned To : Nichols, Carl J.
Assign. Date : 05/30/2023
Description: Employ. Discrim. (H-DECK)

Jury Trial: ✔ Yes ☐ No

RECEIVED

MAY 3 0 2023

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

## COMPLAINT

The charge of employment discrimination filed on 02/2023 with the U.S. Equal Employment Opportunity Commission (EEOC) by Ronald Moss against John Bariscillo/Hilton Garden Inn. Discriminated against due to disability and/or retaliation. I am requesting a jury trial. I am not sure if that is applicable with the right to sue EEOC complaint. Seeking 5,000,000 net pay for damages. In closing, I am open to any settlement over, 500,000.

Original Signature (in pen)

PO Box 2802

Name (if applicable, Prisoner ID No.)

Rev: 01/10/2023
*Use additional pages as needed

Address or Facility Address

| Germantown | MD | 20875 |
|---|---|---|